RECEIVED
OVER THE COUNTER

DEC 14 2007

THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Maine Yankee Atomic Power Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Timothy E. Heffernan

Firm Name: Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

Post Office Box: 07-877 C

Street Address: 8405 Greensboro Drive, Suite 100

City-State-Zip: McLean, Virginia 22102

Telephone & Facsimile Numbers: (703) 749-1000 , (703) 749-0699

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 3 6

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: D O E

See attached sheet for three-digit codes.

Amount Claimed: $ An amount greater than $32,000,000.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $______
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes ☐ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.