# In the United States Court of Federal Claims

No. 07-877 C
(Filed February 14, 2008)

MAINE YANKEE ATOMIC )
POWER COMPANY, )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )
)

**ORDER**

On February 13, 2008, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including March 13, 2008, within which to respond to plaintiff's complaint.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed February 13, 2008, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge