IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MAINE YANKEE ATOMIC POWER COMPANY<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | **No. 07-877C**<br>**(Senior Judge Merow)** |

**<u>MAINE YANKEE'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Maine Yankee Atomic Power Co. ("Maine Yankee") respectfully requests an enlargement of time of seven (7) days, to and including September 15, 2008, within which to respond to Defendant United States' Motion to Coordinate Discovery and Develop a Litigation Plan for the Spent Nuclear Fuel Cases. Maine Yankee's response is currently due on September 8, 2008. Counsel for the United States, Marian E. Sullivan, has represented that the government does not oppose this motion.

Maine Yankee requests this additional time due to the press of other litigation matters that have delayed Maine Yankee's counsel's ability to devote attention to this matter. This case is currently stayed until thirty (30) days after the Federal Circuit issues its mandate in *Yankee Atomic Electric Co. v. United States*, No. 07-5025 (Fed. Cir.), and as such, the requested one-week extension will not prejudice any party or slow resolution of the case in any way.

For the foregoing reasons, Maine Yankee respectfully requests that the Court grant this unopposed request for a one-week enlargement of time.

Dated: September 5, 2008

Respectfully submitted,

s/Timothy Heffernan
Timothy Heffernan
Watt, Tieder, Hoffar & Fitzgerald, L.L.P
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000
(703) 893-8029 (fax)

Counsel of Record for Plaintiff Maine Yankee Atomic Power Company

Of Counsel:

William J. Kayatta, Jr.
Jared des Rosiers
Michael Wilson
Lucus Ritchie
Pierce Atwood LLP
One Monument Square
Portland, ME 04101
(207) 791-1100
(207) 791-1350 (fax)